No. 262. STEVE SUPER AND BENJAMIN H. WILDER *v.* HUBERT WORK, SECRETARY OF THE INTERIOR, AS A MEMBER OF THE FEDERAL POWER COMMISSION, AND WILLIAM M. JARDINE, SECRETARY OF AGRICULTURE, ETC. Appeal from the Court of Appeals of the District of Columbia. Argued April 20, 21, 1926. Decided April 26, 1926. *Per Curiam.* Affirmed upon the authority of (1) *Barker* v. *Harvey,* 181 U. S. 481; *United States* v. *Title Insurance Company,* 265 U. S. 472; (2) *Lone Wolf* v. *Hitchcock,* 187 U. S. 553; *Conley* v. *Ballinger,* 216 U. S. 84, 90. *Mr. Jennings C. Wise,* for appellants. *Mr. George P. Barse,* with whom *Solicitor General Mitchell* and *Assistant Attorney General Parmenter* were on the brief, for appellees.